ACCEPTED
01-15-00495-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/22/2015 4:28:22 PM
CHRISTOPHER PRINE
CLERK

# No. 01-15-00495-CV

In the Court of Appeals for the
First District of Texas at Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

6/22/2015 4:28:22 PM

CHRISTOPHER A. PRINE
Clerk

IN RE KIMBERLEY TRIMMER-DAVIS,

*Relator*

Original Proceeding from the 295th Judicial District Court
Harris County, Texas
Trial Court Case No. 2010-11410
The Honorable Caroline J. Baker

**Unopposed Motion for Extension of Time
to File Response to Petition for Writ of Mandamus**

To The Honorable First Court of Appeals:

The City of Houston moves for a seven-day extension of time through July 1, 2015, to file its response to petition for writ of mandamus and would respectfully show as follows:

1.   Relator filed her Petition for Writ of Mandamus on June 1, 2015.

2.   By Order dated June 4, 2015, the Court requested a response within 20 days, or June 24, 2015.

3.   No previous extensions have been granted for this motion.

4.	The undersigned has a busy appellate practice, including related trial court motions and hearings, with the City. Among other briefs the undersigned has been working on during this briefing period are:

    a.	City of Houston's Response to Plaintiff's Motion to Exclude Expert Testimony in *Lopez v. City of Houston*, No. 2014-29969 in the 190th District Court of Harris County, filed June 19, 2015;

    b.	Preparing for and participating in hearing on above motion to exclude, on June 22, 2015; and

    c.	City of Houston's Reply Brief on the Merits in *Houston Belt & Terminal Railway Co. et al. v. City of Houston, et al.*, No. 14-0459 in the Supreme Court of Texas, due June 26, 2015.

5.	Relator is not opposed to this motion.

6.	This motion is not for delay only but so that justice may be done.

For these reasons, Real Party in Interest asks that this Court grant it a seven-day extension of time to file its response, and grant any other relief to which it is entitled.

Respectfully submitted,

DONNA L. EDMUNDSON
City Attorney
DONALD J. FLEMING
Chief, Labor, Employment & Civil
 Rights Section

By:   /s/ Robert W. Higgason
      Robert W. Higgason
      Senior Assistant City Attorney
      State Bar No. 09590800
      CITY OF HOUSTON LEGAL
      DEPARTMENT
      900 Bagby, 3rd Floor
      Houston, Texas 77002
      Telephone:  832.393.6481
      Facsimile:   832.393.6259
      robert.higgason@houstontx.gov

*Attorneys for Real Party in Interest City of
Houston*

## Certificate of Conference

I hereby certify that I conferred with Relator's counsel and Relator does not oppose this motion.

/s/ *Robert W. Higgason*
Robert W. Higgason

3

## Certificate of Service

I hereby certify that on June 22, 2015, a true and correct copy of the foregoing has been served on counsel below via e-service or U.S. Mail.

Kim K. Ogg
R. Scott Poerschke, Jr.
The Ogg Law Firm, PLLC
3215 Mercer, Suite 100
Houston, Texas  77027
kimogg@ogglawfirm.com
scott@ogglawfirm.com

*Counsel for Relator*
*Kimberley Trimmer-Davis*


The Honorable Caroline Baker
295th Judicial District Court
201 Caroline, 14th Floor
Houston, Texas 77002

*Respondent*

  */s/ Robert W. Higgason*
Robert W. Higgason